IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-21-66-GF-BMM |
| Plaintiff, | |
| vs. | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| JEREMY JOHN WALSTON, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on April 4, 2025. (Doc. 45.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on April 3, 2025 (Doc. 40.) The United States accused Jeremy Walston (Walston) of violating the conditions of his supervised releaseby: (1) ingesting or inhaling psychoactive substances by

huffing from aerosol cans on March 10, 2025; (2) using methamphetamine on March 7, 2025; (3) possessing and injecting suboxone without a valid prescription on March 10, 2025; and (4) engaging in gambling by purchasing lottery scratch off tickets sometime prior to March 10, 2025. (Doc. 36.)

At the revocation hearing, Walston admitted he had violated the conditions of his supervised by: (1) ingesting or inhaling psychoactive substances by huffing from aerosol cans on March 10, 2025; (2) using methamphetamine on March 7, 2025; and (3) possessing and injecting suboxone without a valid prescription on March 10, 2025; The Government moved to dismiss allegation (4), which the Judge Johnston granted.  (Doc. 40.)

Judge Johnston found that the violation Walston admitted proves serious and warrants revocation of Walston's supervised release and recommends a term of custody of 5 months with no supervised release to follow. (Doc. 45.)  The Court advised Bigleggins of his right to appeal and to allocute before the undersigned and he waived those rights. (Doc. 40.)

The violation proves serious and warrants revocation of Walston's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 45) are **ADOPTED IN FULL.  IT IS FURTHER**

**ORDERED** that Jeremy John Walston be sentenced to a term of custody for 5 months with no supervised release to follow.

DATED this 7th day of April 2025.

_____
Brian Morris, Chief District Judge
United States District Courts